THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Quincy Lowery,       
Appellant.
 
 
 

Appeal From Marlboro County
Edward B. Cottingham, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-644
Submitted August 20, 2003  Filed November 4, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM: Quincy Lowery and three co-defendants 
 were indicted for the armed robbery of a liquor store in McColl, South Carolina.  
 He was found guilty and sentenced to twenty-one years in prison.  Lowery appeals 
 his conviction, arguing the trial court erred in allowing the victim to make 
 an in-court identification of him based on her recollection of him from the 
 bond hearing.      Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Lowerys counsel attached a petition to be relieved, stating he reviewed the 
 record and concluded this appeal lacks merit.  Lowery filed a separate pro 
 se brief, arguing the following six issues: (1) the trial court misallocated 
 the burden of proof by instructing the jury to acquit if the evidence demonstrated 
 a real possibility of innocence; (2) the trial court denied Lowery the right 
 to a fair and impartial jury because the jury instructions left the jurors with 
 no choice but to find [him] guilty; (3) the trial courts extra-judicial remarks 
 at the time of sentencing demonstrated the courts bias and resulted in a sentence 
 plainly violative of [Lowerys] rights; (4) defense counsel breached Lowerys 
 fiduciary duty to shield confidences concerning [Lowerys] alibi defense; 
 (5) Lowery was denied effective assistance of counsel because his attorney failed 
 to refute a number of the States claims; and (6) the trial court lacked subject 
 matter jurisdiction.
After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Lowerys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.